IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| DENNIS KRYSTEK, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>v.<br><br>RUBY TUESDAY, INC., JAMES J. BUETTGEN, MICHAEL O. MOORE and KIMBERLY S. GRANT,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 3:14–cv-01119<br><br>Chief Judge Kevin H. Sharp<br>Magistrate Judge E. Clifton Knowles |

## ORDER ON UNOPPOSED MOTION
## OF DEFENDANTS FOR EXTENSION OF CERTAIN DEADLINES

This motion comes before the Court on the Unopposed Motion Of Defendants For Extension Of Certain Deadlines. For good cause shown, this motion is GRANTED and it is hereby ORDERED as follows:

1. The deadline for Defendants to file any opposition to Plaintiff's motion for class certification shall be extended to September 27, 2016; and

2. The deadline for Plaintiff to file any reply brief in further support of Plaintiff's motion for class certification shall be extended to November 25, 2016.

SO ORDERED this ___ day of September 2016.

_____
UNITED STATES MAGISTRATE JUDGE